# United States District Court

DISTRICT OF __Massachusetts__

Katie Milillo, Irene Johnson, Janine Heller + Tomayita Stevenson

V.

Whitman Education Group and Career Education Corp. Ultrasound Diagnostic School + Louis Gianelli

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30130-MAP

TO: (Name and address of defendant)

Ultrasound Diagnostic School Winn Sanderson President (n/k/a Sanford Brown Institute)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Suzanne Garrow

Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 7/9/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE

Service of the Summons and Complaint was made by me¹

NAME OF SERVER (PRINT)    TITLE

---

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

August 26, 2004

I hereby certify and return that on 8/25/2004 at 02:20 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT & DEMAND FOR JURY & NOT. OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION in this action in the following manner: To wit, by delivering in hand to BRIAN CLANCEY, , agent, person in charge at the time of service for SAFORD BROWN INSTITUTE FKA, WINN SANDERSON PRESIDENT, 365 CADWELL Drive, SPRINGFIELD, MA 01104. Attestation X 1 ($5.00), Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $39.76

Deputy Sheriff ALFRED B. BADONE                                   _____
                                                                    Deputy Sheriff

---

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                         Signature of Server

                                          _____
                                          Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.