AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

Katie Milillo, Irene Johnson, Janine Heller + Tomayita Stevenson

V.

Whitman Education Group and Career Education Corp. Ultrasound Diagnostic School + Louis Gianelli

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-30130-MAP**

TO: (Name and address of defendant)

Career Education Corporation
2895 Greenspoint Parkway, Suite 600
Hoffman Estates, ILL 60195

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Suzanne Garrow
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE 7/9/04

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 9/16 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Suzanne Garrow   via mail by agreement | attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via Acceptance of service + agreement

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/24/2004
            Date

Signature of Server

Address  Heisler, Feldman & McCormick, P.C.
         1145 Main Street, Suite 508
         Springfield, MA 01103

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF __Massachusetts__

Katie Milillo, Irene Johnson, Janine Heller & Tomayito Stevenson

V.

Whitman Education Group, Inc. and Career Education Corp., Ultrasound Diagnostic School + Louis Gianelli

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-30130-MAP**

TO: (Name and address of defendant)

John Larson - President/CEO
Whitman Education Group, Inc.  c/o Career Education Group
~~4400 Biscayne Boulevard, 6th Floor~~  2895 Greenspoint Pkwy
~~Miami, FLA 33137~~  Hoffman Estates, Ill 60195

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Suzanne Garrow

Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  7/9/04

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 9/16 |
| NAME OF SERVER (PRINT) Suzanne Garrow via certified mail | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): via certified mail on a corporation

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/30/2004
              Date

Signature of Server

Address  Heisler, Feldman & McCormick, P.C.
         1145 Main Street, Suite 508
         Springfield, MA 01103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.