UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON JANINE HELLER and TOMAYITA STEVENSON, <br>        Plaintiffs, <br><br> v. <br><br> ULTRASOUND DIAGNOSTIC SCHOOL WHITMAN EDUCATION GROUP, CAREER EDUCATION CORPORATION, and LOUIS GIANELLI, <br>        Defendants. | : <br> : <br> : <br> : DOCKET NO.  04-cv-30130 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

I hereby enter my appearance on behalf of the Plaintiffs this 19th day of October, 2004.

                                                                PLAINTIFFS
                                                                By their attorney,

| | |
|---|---|
| I hereby certify that a true copy of the above document was served upon the defendants' counsel by electronic mail and by mail on October 19, 2004. <br><br>   /s/ Joel Feldman      <br><br> Dated: October 19, 2004 |   /s/ Joel Feldman      <br> Joel Feldman <br> BBO # 552963 <br> Heisler, Feldman, & McCormick, P.C. <br> 1145 Main Street, Suite 508 <br> Springfield MA  01103 <br> (413)788-7988 <br> (413)788-7996 (fax) |