IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON, JANINE HELLER and TOMAYITA STEVENSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANELLI,<br><br>*Defendants*. | CASE NUMBER: 04-30130-MAP |

**DEFENDANTS WHITMAN EDUCATION GROUP, INC.,
CAREER EDUCATION CORPORATION, and
ULTRASOUND DIAGNOSTIC SCHOOL'S
MOTION TO ADMIT EDWARD S. MAZUREK**

Pursuant to Local Rule 83.5.3, Defendants Whitman Education Group, Inc., Career Education Corporation, and Ultrasound Diagnostic School ("Defendants"), by and through their undersigned counsel, hereby move this Court to admit Edward S. Mazurek pro hac vice.

As set forth in the accompanying affidavit, Mr. Mazurek is a member in good standing of the bar of the Commonwealth of Pennsylvania. Mr. Mazurek is also admitted to practice before the United States District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, and Eastern District of Michigan. Mr. Mazurek is also admitted to practice before the United States Courts of Appeals for the Third, Fourth, Sixth, and Eighth Circuits. Additionally, Mr. Mazurek is familiar with the issues and relevant applicable laws involved in this case and his participation as counsel would be of invaluable assistance in this action.

In support of this application, Defendants respectfully call the Court's attention to the Affidavit of Edward S. Mazurek attached hereto.

WHEREFORE, Defendants respectfully request that their Motion to Admit Edward S. Mazurek pro hac vice be allowed.

                                                The Defendants
WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, AND ULTRASOUND DIAGNOSTIC SCHOOL
By Their Attorney:

/s/ Jeffrey E. Poindexter
_____
Jeffrey E. Poindexter – BBO No. 631922
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel: (413) 781-2820
Fax: (413) 272-6803

Dated: October 20, 2004

-1-