IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON, JANINE HELLER and TOMAYITA STEVENSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANELLI,<br><br>*Defendants*. | CASE NUMBER: 04-30130-MAP |

**DEFENDANTS WHITMAN EDUCATION GROUP, INC.,
CAREER EDUCATION CORPORATION, and
ULTRASOUND DIAGNOSTIC SCHOOL'S
<u>MOTION TO ADMIT JAMIE M. KOHEN</u>**

Pursuant to Local Rule 83.5.3, Defendants Whitman Education Group, Inc., Career Education Corporation, and Ultrasound Diagnostic School ("Defendants"), by and through their undersigned counsel, hereby move this Court to admit Jamie M. Kohen <u>pro</u> <u>hac</u> <u>vice</u>.

As set forth in the accompanying affidavit, Ms. Kohen is a member in good standing of the bar of the Commonwealth of Pennsylvania, and the States of California and New Jersey. Ms. Kohen is also admitted to practice before the United States District Courts for the Eastern District of Pennsylvania, the State of New Jersey, and the Northern District of California. Additionally, Ms. Kohen is familiar with the issues and relevant applicable laws involved in this case and his participation as counsel would be of invaluable assistance in this action.

In support of this application, Defendants respectfully call the Court's attention to the Affidavit of Jamie M. Kohen attached hereto.

WHEREFORE, Defendants respectfully request that their Motion to Admit Jamie M. Kohen pro hac vice be allowed.

The Defendants
WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, AND ULTRASOUND DIAGNOSTIC SCHOOL
By Their Attorney:


/s/ Jeffrey E. Poindexter
_____
Jeffrey E. Poindexter – BBO No. 631922
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel: (413) 781-2820
Fax: (413) 272-6803

Dated:  October 20, 2004