IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON, JANINE HELLER and TOMAYITA STEVENSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANELLI,<br><br>*Defendants.* | CASE NUMBER: 04-30130-MAP |

**CERTIFICATION OF JAMIE M. KOHEN**

I, JAMIE M. KOHEN, state as follows:

1. I am an attorney practicing in the Commonwealth of Pennsylvania.

2. I am a member of the bar of the Commonwealth of Pennsylvania, and the States of California and New Jersey. I am admitted to practice before the United States District Courts for the Eastern District of Pennsylvania, the State of New Jersey, and the Northern District of California.

3. I am in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.  I am familiar with the applicable law and issues in this lawsuit. My appearance and participation in this matter is necessary for the proper and effective representation of Defendants Whitman Education Group, Inc., Career Education Corporation, and Ultrasound Diagnostic School.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct, based upon my knowledge, information and belief.

      /s/ Jamie M. Kohen_____
      JAMIE M. KOHEN

Dated:  10-20-04