UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

KATIE MILILLO, IRENE JOHNSON )
JANINE HELLER and TOMAYITA )
STEVENSON, )
    Plaintiffs, )
)
) Civil Action
v. ) No. 04-30130-MAP
)
WHITMAN EDUCATION GROUP, )
INC., CAREER EDUCATION )
CORPORATION, ULTRASOUND )
DIAGNOSTIC SCHOOL and )
LOUIS GIANNELLI, )
    Defendants. )

## DEFENDANT LOUIS GIANNELLI'S
## MOTION TO ENLARGE THE TIME

Defendant Louis Giannelli hereby moves that the time within which he must answer and/or otherwise respond to the Plaintiffs' Complaint be enlarged up to and including October 29, 2004.

                  DEFENDANT
                  LOUIS GIANNELLI
                  By his attorneys,

                  /s/ Christopher R. O'Hara
                  Christopher R. O'Hara (BBO #548611)
                  Tricia A. Rice (BBO #633556)
                  TODD & WELD LLP
                  28 State Street, 31st Floor
                  Boston, MA 02109
                  (617) 720-2626

Dated: October 22, 2004

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I, Christopher R. O'Hara, hereby certify pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts that I have made a reasonable and good faith effort to reach Plaintiffs' counsel to obtain an extension but was unable to do so, insofar as Plaintiffs' counsel, Suzanne Garrow, Esq., is out of the office until next week.

/s/ Christopher R. O'Hara
Christopher R. O'Hara