UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON, JANINE HELLER and TOMAYITA STEVENSON, <br><br> *Plaintiffs,* <br><br> vs. <br><br> WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANELLI, <br><br> *Defendants.* | CASE NUMBER: 04-30130-MAP |

### DEFENDANTS WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, and ULTRASOUND DIAGNOSTIC SCHOOL'S MOTION TO DISMISS WITH PREJUDICE COUNT FIVE OF THE COMPLAINT

Defendants Whitman Education Group, Inc., Career Education Corporation, and Ultrasound Diagnostic School, by and through their attorneys, hereby move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Count V of Plaintiffs' Complaint with prejudice for the reasons set forth in the accompanying Memorandum of Law.[1]

---

[1] The five-count Complaint mistakenly labels both the fourth and the fifth causes of action as "Fourth Claim for Relief." For ease of reference, this Motion and the accompanying Memorandum refer to the second listed "fourth claim" as the fifth count. Additionally, it is unclear which Plaintiffs are asserting Count Five. The Complaint's fifth count confusingly states both "As to Plaintiffs Milillo and Johnson" and "As to All Defendants." While the individual allegations listed under the fifth count refer only to Plaintiffs Milillo and Johnson, this Motion is intended to cover all claims by Plaintiffs for alleged wrongful constructive discharge in violation of public policy.

        Respectfully submitted,
        Attorneys for Defendants
        WHITMAN EDUCATION GROUP,
        INC., CAREER EDUCATION
        CORPORATION, and
        ULTRASOUND DIAGNOSTIC
        SCHOOL


        /s/ Jeffrey E. Poindexter
        Jeffrey E. Poindexter, Esquire
        Bulkley, Richardson and Gelinas, LLP
        1500 Main Street, Suite 2700
        Springfield, Massachusetts 01115
        Tel.  (413) 272-6232
        Fax. (413) 272-6803

        Edward S. Mazurek, Esquire
        *pro hac vice application pending*
        Jamie M. Kohen, Esquire
        *pro hac vice application pending*
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA 19103-2921
        Tel. (215) 963-5019/5472
        Fax. (215) 963-5001

Dated:  October 22, 2004