AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KATIE MILLIO, IRENE JOHNSON,
JANINE HELLER and TOMAYITA
STEVENSON,
              Plaintiffs
   v.
WHITMAN EDUCATION GROUP, INC.,
CAREER EDUCATION CORPORATION,
ULTRASOUND DIAGNOSTIC SCHOOL and
LOUIS GIANELLI,     Defendants

**APPEARANCE**

Case Number: 04-30130 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants.

11-2-04
Date

Signature

Jamie M. Kohen
Print Name

Morgan, Lewis & Bockius LLP
1701 Market Street
Address

Philadelphia, PA   19103
City      State      Zip Code

215-963-5472
Phone Number