AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KATIE MILLIO, IRENE JOHNSON, JANINE
HELLER and TOMAYITA STEVENSON
            Plaintiffs

v.

WHITMA EDUCATION GROUP, INC., CAREER
EDUCATION CORPORATION, ULTRASOUND
DIAGNOSTIC SCHOOL and LOUIS GIANELLI,
            Defendants.

**APPEARANCE**

Case Number:   04-30130 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Defendants.

Date: 11/3/04

Signature: [signed]

Edward S. Mazurek
Print Name

Morgan, Lewis & Bockius LLP
1701 Market Street
Address

Philadelphia, PA   19103
City      State     Zip Code

215-963-5019
Phone Number