UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILILLO, IRENE JOHNSON JANINE HELLER and TOMAYITA STEVENSON,<br>　　Plaintiffs,<br><br>v.<br><br>WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANNELLI,<br>　　Defendants. | CIVIL ACTION<br>NO. 04-30130-MAP |

## NOTICE OF APPEARANCE

Please enter the appearance of the attorney below for Louis Giannelli.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**LOUIS GIANNELLI**

　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Tricia A. Rice (BBO No. 633556)
　　　　　　　　　　　　　　　　TODD & WELD LLP
　　　　　　　　　　　　　　　　28 State Street - 31st Floor
　　　　　　　　　　　　　　　　Boston, MA 02109
Dated: November 15, 2004　　　　(617) 720-2626