UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              :
KATIE MILLIO, IRENE JOHNSON   :
JANINE HELLER and TOMAYITA    :
STEVENSON,                                 : DOCKET NO. 04-cv-30130
         Plaintiffs,                              :
                                              :
v.                                            :
                                              :
ULTRASOUND DIAGNOSTIC SCHOOL :
WHITMAN EDUCATION GROUP,      :
CAREER EDUCATION CORP.,          :
and LOUIS GIANNELLI,                   :
         Defendants.                         :
_____:

## STIPULATED DISMISSAL OF
## ONLY DEFENDANT GIANNELLI AND
## ONLY AS TO THE SECOND CLAIM FOR RELIEF

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby agree to dismiss with prejudice only the defendant Louis Giannelli as a named defendant and only as to the Second Claim for Relief, discrimination in violation of Title VII, the Civil Rights Act of 1964, as amended.

Respectfully submitted,

| LOUIS GIANNELLI | THE PLAINTIFFS |
| By his attorney, | By their attorney, |
| | |
| __/s/ Tricia Rice_____ | __/s/ Suzanne Garrow_____ |
| Christopher R. O'Hara BBO#548611 | Suzanne Garrow BBO # 636548 |
| Tricia A. Rice BBO#633556 | Joel H. Feldman BBO # 552963 |
| Todd & Weld LLP | Heisler, Feldman & McCormick, P.C. |
| 28 State Street, 31st Floor | 1145 Main Street, Suite 508 |
| Boston, MA 02109 | Springfield MA 01103 |
| (617)720-2626 | (413)788-7988 |
| | (413)788-7996 (fax) |

Dated: November 24, 2004

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing document was served by first class and electronic mail upon the attorneys of record for the defendants on November 24, 2004.

                                                  /s/ Suzanne Garrow
                                                  Suzanne Garrow