UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATIE MILLIO

CASE NO.  04-30130 -MAP

V.

WHITMAN EDUCATION GROUP

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION TO DISMISS on March 9, 2004 at 2:00 P.M., before Michael A. Ponsor, U.S. D.J  In  Courtroom #   1   on the   5th   floor.

TONY ANASTAS,
CLERK OF COURT

12/29/04

By: /s/ Elizabeth A. French
Deputy Clerk

Date

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                              [kntchrgcnf.]
                                                            [ntchrgcnf.]