```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


KATIE MILLIO, ET AL,          )
Plaintiffs                    )
                              )
              v.              ) CIVIL ACTION NO. 04-30130-MAP
                              )
WHITMAN EDUCATION GROUP,      )
INC., ET AL,                  )
Defendants                    )
```

PRETRIAL SCHEDULING ORDER

March 10, 2005

**PONSOR, D.J.**

Counsel for all parties appeared before this court for argument on the defendants' Motions to Dismiss on March 9, 2005. Following argument, the court allowed the Motion to Dismiss of Louis Gianelli (Docket No. 10), only as to Count II. The court denied Gianelli's Motion to Dismiss as to Count V and the Motion to Dismiss of the corporate defendants related to Count V (Docket No. 8).

After the court's rulings, all parties took the opportunity to discuss a possible scheduling order. Based on this discussion, the court orders as follows:

   1. All initial disclosures will be made by March 25, 2005

   2. All written discovery will be served by April 15, 2005.

   3. All non-expert depositions will be completed by September 30, 2005.

4. Plaintiffs will convey to defendants a report as required by Fed. R. Civ. P. 26(a)(2) regarding any expert whose testimony will be offered at trial, no later than September 30, 2005.

5. Defendants will convey to plaintiffs their Rule 26(a)(2) report no later than October 31, 2005.

6. All expert depositions will be completed and all discovery will close on December 31, 2005.

7. Counsel will appear again before this court for a final pretrial conference on January 9, 2006 at 2:00 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal. At this conference, the court will take up the possibility of any further dispositive motions, including a motion for summary judgment.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge