IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON, JANINE HELLER and TOMAYITA STEVENSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANELLI,<br><br>*Defendants.* | CASE NUMBER: 04-30130-MAP |

## ORDER GRANTING MOTION TO COMPEL PLAINTIFFS TO PROVIDE DISCOVERY RESPONSES

AND NOW this ____ day of _____, 2005, upon consideration of Defendants' Motion to Compel Plaintiffs to Provide Discovery Responses, and any responses thereto, it is hereby **ORDERED** that said Motion is **GRANTED**, and Plaintiffs must serve full and complete responses to Corporate Defendants Interrogatory Nos. 1, 2, 7, 11 and Giannelli Interrogatory Nos. 6, 10 and provided associated documents as required by Defendants' written Document Requests, within ten (10) days of this Order.

_____

, J.