IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON, JANINE HELLER and TOMAYITA STEVENSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANELLI,<br><br>*Defendants.* | CASE NUMBER: 04-30130-MAP |

### CERTIFICATION OF CORPORATE DEFENDANTS COUNSEL IN SUPPORT OF MOTION TO COMPEL PLAINTIFFS TO PROVIDE DISCOVERY RESPONSES

I, Jamie Kohen, certify in accordance with Federal Rule of Civil Procedure 37(a)(2)(A) and Local Rule 37.1(b) that Corporate Defendants have made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the accompanying motion to compel discovery.

        /s/ Jamie M. Kohen

-1-