IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON, JANINE HELLER and TOMAYITA STEVENSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANELLI,<br><br>*Defendants.* | CASE NUMBER: 04-30130-MAP |

## JOINT MOTION TO MODIFY PRE-TRIAL SCHEDULING ORDER

Plaintiffs Katie Millio, Irene Johnson, Janine Heller and Tomayita Stevenson and Defendants Whitman Education Group, Inc., Career Education Corporation, Ultrasound Diagnostic School and Louis Giannelli, hereby request that the Court extend the deadlines set forth in the March 10, 2005 Pre-Trial Scheduling Order by 90 days as set forth in the attached Schedule A. The extension is necessary for the following reasons:

1. Discovery currently ends on September 30, 2005.

2. The parties have actively engaged in discovery. Both parties have exchanged document requests and interrogatories. Depositions of key witnesses have begun.

3. Some of the depositions have been continued and rescheduled because of conflicting schedules of counsel and upcoming trials in September.

4. Given counsel's prior commitments and the recent delay in the scheduled depositions, both parties have agreed that an additional 90 days is necessary to complete discovery.

WHEREFORE, the parties respectfully request that: (a) the discovery deadline be extended through and including December 31, 2005; and (b) the Court extend the subsequent deadlines as set forth in the attached Schedule A.

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON, JANINE HELLER and TOMAYITA STEVENSON<br><br>By their attorneys,<br><br>*Suzanne Garrow (TR)*<br>Suzanne Garrow (BBO# 636548)<br>HEISLER, FELDMAN & MCCORMICK, PC<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>(413) 788-7988 | WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, AND ULTRASOUND DIAGNOSTIC SCHOOL<br><br>By their attorneys,<br><br>*Jeffrey Poindexter (TR)*<br>Jeffrey E. Poindexter<br>Bulkley, Richardson and Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA 01115<br>(413) 272-6232<br><br>Edward S. Mazurek<br>*Admitted pro hac vice*<br>Jamie M. Kohen<br>*Admitted pro hac vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-5019 |

LOUIS GIANNELLI
By his attorneys,

Christopher R. O'Hara (BBO# 548611)
Tricia A. Rice (BBO# 633556)
TODD & WELD LLP
28 State Street - 31st Floor
Boston, MA 02109
(617) 720-2626

## **SCHEDULE A**

1. All non-expert depositions will be completed by December 31, 2005.

2. Plaintiffs will convey to defendants a report as required by Fed. R. Civ. P. 26(a)(2) regarding any expert whose testimony will be offered at trial, no later than December 31, 2005.

3. Defendants will convey to plaintiffs their Rule 26(a)(2) report no later than January 31, 2006.

4. All expert depositions will be completed and all discovery will close on March 30, 2006.

5. Counsel will appear again before this court for a final pre-trial conference on April 15, 2006 at 2:00 p.m. At least five (5) days prior to the conference, counsel will file final pre-trial memoranda in accordance with the attached order. Please note: failure to file a final pre-trial memorandum as ordered may result in default or dismissal. At this conference, the court will take up the possibility of any further dispositive motions, including a motion for summary judgment.