UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON JANINE HELLER and TOMAYITA STEVENSON,<br><br>      Plaintiffs,<br><br>v.<br><br>ULTRASOUND DIAGNOSTIC SCHOOL WHITMAN EDUCATION GROUP, CAREER EDUCATION CORP., and LOUIS GIANNELLI,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) DOCKET NO. 04-CV-30130-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ASSENTED TO MOTION TO EXTEND TIME TO FILE
OPPOSITION TO MOTION TO COMPEL

The plaintiffs in the above-entitled matter respectfully request that the Court extend the time for them to respond to the Motion to Compel by five days to Wednesday, September 14, 2005. As reasons therefore the state as follows:

1. The undersigned is lead counsel in this matter

2. The undersigned responded to discovery and conferred with the defendants.

3. The undersigned has been out of the office for over half the time in which the plaintiffs had to respond, due to an illness and subsequent death of my father-in-law.

4. The undersigned has been diligently working to complete the plaintiffs' response.

**The defendants assent to this motion.**

|  |  |
|---|---|
|  | THE PLAINTIFFS<br>By their attorneys, |
|  |  |
|  | ____/s/ Suzanne Garrow_____<br>Joel Feldman |
| I hereby certify that a | BBO # 552963 |
| true copy of the above | Suzanne Garrow |
| document was served upon | BBO # 636548 |
| the defendants, attorneys | Heisler, Feldman & McCormick |
| by electronic mail on | 1145 Main Street, Suite 508 |
| September 8, 2005. | Springfield MA  01103 |
|  | (413)788-7988 |
| ___/s/ Suzanne Garrow_____ | (413)788-7996 (fax) |

Dated: September 8, 2005