# Heisler, Feldman & McCormick, P.C.

Attorneys at Law

Hugh D. Heisler
Joel H. Feldman
Thomas J. McCormick
Suzanne Garrow
Sarah E. Lazare
 *Access to Justice Fellow*

<u>BY ELECTRONIC MAIL</u>

September 28, 2005

Clerk's Office
U.S. District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103-1422

    Re:   ***Milillo et al. v. Whitman Education Group, Inc. et al.***
            U.S. District Court Civil Action No.  04-30130-MAP

To the clerk's office:

    This is to alert the Court that the plaintiff's have provided the defendants with signed interrogatory signature pages for Irene Johnson.  Please include this submission with the pending Motion to Compel and Opposition thereto.

    Thank you for your attention and assistance.

                            Very truly yours,

                            /s/ Suzanne Garrow

                            Suzanne Garrow

cc:    Jamie Kohen, Esq.
        Tricia Rice, Esq.
        Jeffrey Poindexter, Esq.