# EXHIBIT 1

AO88 (Rev. 11/91) Subpoena in a Civil Case

# United States District Court
## DISTRICT OF MASSACHUSETTS

KATIE MILLIO, IRENE JOHNSON,
JANINE HELLER and TOMAYITA
STEVENSON,

    *Plaintiffs,*

vs.

WHITMAN EDUCATION GROUP, INC.,
CAREER EDUCATION CORPORATION,
ULTRASOUND DIAGNOSTIC SCHOOL
and LOUIS GIANELLI,

    *Defendants.*

CASE NUMBER: 04-30130-MAP

TO: Dr. Reda Ishak
274 Westfield Street
West Springfield, MA 01089

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear in at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**See Attachment A**

| PLACE | DATE AND TIME |
|---|---|
| ATTN: Jeffrey Poindexter, Esq.<br>Bulkley Richardson and Gelinas LLP,<br>1500 Main Street, Suite 2700,<br>Springfield, MA 01115 | October 28, 2005 by 5 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6)

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Defendants | October 14, 2005 |

Jamie M. Kohen, Esquire
Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103

(See Rule 45, Federal Rules of Civil Procedure on Reverse)

**Attachment A to Subpoena on Dr. Reda Ishak**

Any and all documents by you or in your possession relating or referring to KATIE MILILLO (S.S.N. ███████) and:

1) any medical or psychological treatment received by Ms. Milillo including, but not limited to: correspondence, medical records or charts, evidence of medicines prescribed or dispensed, evidence of appointments, and notes or summaries of any medical or psychological advice, treatment, service, counseling or diagnosis provided to her;

2) the employment of Ms. Milillo including, but not limited to: any application for employment or resume submitted, personnel file, time records, pay records, employment contracts or agreements, performance reviews, disciplinary records, job duties or responsibilities, interview notes, and description of employee benefits either entitled to or received.

| OFFICE VISITS | | | | |
|---|---|---|---|---|
| NAME | Katie Melello | MARITAL STATUS S M W D SEP | DATE OF BIRTH 5/16/68 | Formedic |
| ADDRESS | | | PHONE (H)       (O) | |
| OCCUPATION / EMPLOYER | | | REFERRED BY | |
| MEDICATIONS | (NP) | | INSURANCE | |
| | | | DRUG ALLERGIES | |

| DATE DIAGNOSIS CPT CODE | HISTORY & PHYSICAL   HT   WT   BMI   BP   P   T |
|---|---|
| 7/14/03 | CC: back pain & rash? |

Back Pi x few days
has tried m[otrin] & [illegible] relaxed but no effects.

Yesterday sh[e] [woke up] w/ Rash in L[eft] side.

[illegible] had [illegible]
was sick w/ viral infection a week b[efore].

O.R.S - w[ithin normal limits]

Regular Period.

no GI
no GU sympt[oms]

Smoke 1 PPD
Ø OH
Ø Drug

Sx -
H[eart] CBT [illegible]
[illegible]

Married
2 children

Back -
Herpes Zoster (R) side R Back
Mid Thoracic dermatome
vesicular rash in Clusters
very tender to touch.

A/P · Shingles  Herpetic Neuralgia
- [illegible] PO × 30
Lotrisone 500 BID × 7 days

[signature]

NOW AVAILABLE
Avandamet
rosiglitazone maleate/metformin HCl

| OFFICE VISITS | | | | | | | | CHART # |
|---|---|---|---|---|---|---|---|---|
| NAME Katie Milillo | | MARITAL STATUS S [M][W][D] SEP | DATE OF BIRTH 5-16-68 | | | | Formedic | |
| ADDRESS | | | PHONE (H) | | | (O) | | PAGE # |
| OCCUPATION / EMPLOYER | | | REFERRED BY | | | | | |
| MEDICATIONS | | | INSURANCE | | | | | |
| | | | DRUG ALLERGIES | | | | | |

| DATE DIAGNOSIS CPT CODE | HISTORY & PHYSICAL | HT | WT | BMI | BP | P | T |
|---|---|---|---|---|---|---|---|
| JUL 2 5 2003 | Wt 139<br>BP 114/80 | | | | | CC F/U | |

- Start to D/c ___, ___
- T Pain
- Hyperalgesia
- Duragesic Patch 75 mg. ___ ___
- ↓ Duragesic Patch to 50 m
- ↓ Percocet to 5/325 — #60 per ___
  
  ___

| 8/4/03 | Written scripts given for Percocet 5/325 mg. 1 PO TID PRN #45 ℅ 0 refills and LIDODERM Patches as directed to the affected area #10 ℅ 2 refills ___ |

Is your patient's testosterone running on empty?

AndroGel (testosterone gel) 1% CIII

Testosterone restored

1-866-ANDROGO  www.androgel.com

**PROGRESS NOTES**

NAME: Katie [illegible]  DATE OF BIRTH: 5/16/[illegible]

DATE-TIME / CPT CODE — HT, WT, BMI, BP [illegible]/[illegible], P 74, T [illegible], ALLERGIES

**SEP 2 5 2003**  cc: Shingles outbreak?

Radiating Pain to [right?] side of the back.

No Rash.

Sev. headache.

Couldn't sleep for 3 days.

Gen —

BP 135/86   A O x3

HEENT w/in [normal]  PERRLA

Back: [illegible] itch on [illegible]

[illegible] etherim [illegible]

affected dermatome

Other [illegible] intact

A/P: Post herpetic Neuralgia

Will start Valtrex 500 x 10 days

[illegible] PRN [illegible]

Inf [illegible]

Rest, fluids.

9/29/03 — Pt is still [illegible] severe [illegible] can't sleep [illegible] bad headache, at her request patient [illegible] is not holding her for [illegible] could be stress or [illegible] headache

9.30.03 Called into STS 789 [illegible] for Valtrex 1 gram Q12° x 7 days [illegible]

**The BPH Boys Go with the Flo**
The only selective alpha₁ₐ blocker.
**FLOMAX** TAMSULOSIN HCl
RAPID RELIEF THAT LASTS

NAME: Katie Milllo
DOB: 5/16/08

AUG 1 2 2003

Wt: 138      cc: ? Shingles
BP:

- Recurrence of the rash.
- No new lesions.
- ? Recurrence of the shingles.
  Restarted valtrex [illegible] B[illegible]
  × [illegible]
  [illegible] f/u [illegible] promises [illegible] will
  sent.

# EXHIBIT 2

**Suzanne Garrow**

From: ECFnotice@mad.uscourts.gov
Sent: Wednesday, October 05, 2005 4:52 PM
To: CourtCopy@mad.uscourts.gov
Subject: Activity in Case 3:04-cv-30130-MAP Millio et al v. Whitman Education Group, Inc. et al "Order on Motion to Compel"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Neiman, Kenneth entered on 10/5/2005 at 4:52 PM EDT and filed on 10/5/2005
**Case Name:** Millio et al v. Whitman Education Group, Inc. et al
**Case Number:** 3:04-cv-30130
**Filer:**
**Document Number:**

Docket Text:
Judge Kenneth P. Neiman : ElectronicORDER entered granting [32] Defendants' Motion for Leave to File Reply, andgranting in part and denying in part [26] Defendants' Motion to Compel as follows: DENYING Corporate Interrogatory No. 11 as overly broad and, given the answers otherwise provided Defendants, unlikely to lead to the discovery of admissible evidence; ALLOWING Gianelli Interrogatory No. 10 insofar as it seeks medical records with regard to Plaintiff Millio's treatment for shingles, but otherwise DENYING the request; ALLOWING Corporate Interrogatory No. 1 and Gianelli Interrogatory No. 6, Plaintiffs being obliged to provide more specific calculations of damages insofar as they are presently able; ALLOWING Corporate Interrogatory No. 2 with respect to Plaintiff Johnson's and Plaintiff Millio's receipt of unemployment compensation in light of the present state of the law in the First Circuit; DENYING Corporate Interrogatory No. 7 because it seeks privileged material; and! ALLOWING Defendants' request for fees insofar as they were required to file the present motion in order to obtain Plaintiff Johnson's verified responses. If they wish, Defendants, by October 14, 2005, may file a schedule of fees for their past efforts and that part of the instant motion made necessary by Plaintiff Johnson's failure to provide a verified response, to which Plaintiff Johnson may reply by October 25, 2005. So ordered. (Neiman, Kenneth)

The following document(s) are associated with this transaction:

**3:04-cv-30130 Notice will be electronically mailed to:**

Joel H Feldman    jfeldman@crocker.com

Suzanne Garrow    sgarrow@comcast.net, jfeldman@crocker.com

10/18/2005

Edward S. Mazurek    emazurek@morganlewis.com

Christopher R. O'Hara    cohara@toddweld.com, csullivan@toddweld.com

Jeffrey E. Poindexter    jpoindexter@bulkley.com, cvincent@bulkley.com

Tricia A. Rice    trice@toddweld.com, jmlineman@toddweld.com

**3:04-cv-30130 Notice will not be electronically mailed to:**

Jamie M. Kohen
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921

10/18/2005