UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
KATIE MILLIO, IRENE JOHNSON :
JANINE HELLER and TOMAYITA :
STEVENSON, : DOCKET NO. 04-cv-30130-MAP
      Plaintiffs, :
:
v. :
:
ULTRASOUND DIAGNOSTIC SCHOOL :
WHITMAN EDUCATION GROUP, :
CAREER EDUCATION CORP., :
and LOUIS GIANNELLI, :
      Defendants. :
_____:

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) and 37.1(B)

I certify that I have attempted in good faith to resolve or narrow the issues raised in this motion but have been unable to do so because since receipt of the subpoena, despite attempts and messages left, I have received no return call and could not conduct a discovery conference, and thus have not been able to reach agreement on any discovery request noted in this Motion. Given that I received the subpoena yesterday, and the emergent nature of the issue I filed the instant motion and will continue to attempt to confer to resolve or narrow the issues raised in this motion.

Dated: October 18, 2005         Respectfully submitted,
                                        THE PLAINTIFFS
                                        By their attorney,


                                        /s/ Suzanne Garrow
                                        Suzanne Garrow BBO # 636548
                                        Joel H. Feldman BBO # 552963
                                        Heisler, Feldman & McCormick, P.C.
                                        1145 Main Street, Suite 508
                                        Springfield MA  01103
                                        (413)788-7988
                                        (413)788-7996 (fax)

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and accurate copy of the foregoing document was served by electronic or first class mail upon the attorneys of record for the defendants on October 18, 2005.

                                            <u>/s/ Suzanne Garrow</u>
                                              Suzanne Garrow