2.  Award the plaintiffs their reasonable attorney's fees and costs in prosecuting this motion.

## CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) and 37.1(B)

I certify that I have attempted in good faith to resolve or narrow the issues raised in this motion at a discovery conference, and have not been able to reach agreement on any discovery request noted in this Motion.

I hereby certify that a
true copy of the above
document was served upon
the defendants' attorney
by mail (by hand) on
_____.

_____

Dated:_____

THE PLAINTIFFS
By their attorneys,
/s/ Joel Feldman
Joel Feldman
BBO # 552963
Suzanne Garrow
BBO # 636548
Heisler, Feldman & McCormick
1145 Main Street, Suite 508
Springfield MA  01103
(413)788-7988
(413)788-7996 (fax)

2