>-----Original Message-----
>From: Giannelli, Louis
>Sent: Thursday, September 11, 2003 1:21 PM
>To: Stevenson, Tomayita; Seymour, Joanne; Moynahan, Linda
>Subject: FW: From Bev
>
>
>
>-----Original Message-----
>From: Gail Giannelli [mailto:GGiannelli@elimpark.com]
>Sent: Thursday, September 11, 2003 1:35 PM
>To: Deena1214@aol.com; Giannelli, Louis
>Subject: FW: From Bev
>
>
>
>
>-----Original Message-----
>From: Veronica Forrest
>Sent: Thursday, September 11, 2003 12:26 PM
>To: Ann Wozniak; Kathleen Lennon; Lindsay Francis; Margaret Hemming;
>Marlene Brownstein; Ronyeea Murphy; Ruth Veleber; Gail Giannelli
>Subject: FW: From Bev
>
>
>
>-----Original Message-----
>From: Weathers, Trudy [mailto:TWeathers@farmingtonco.com]
>Sent: Thursday, September 11, 2003 11:05 AM
>To: Barbara Mackay (E-mail); Kim Burghoff (E-mail); Veronica Forrest;
>Ann Matusek (E-mail)
>Subject: FW: From Bev
>
>
>
>-----Original Message-----
>From: Hogue, Claire
>Sent: Thursday, September 11, 2003 11:01 AM
>To: Aubert, Linda; Burke, Patricia; Case, Cheryl; Geneau, Barbara; Hoag,
>Cindy; Lombardi, Sharon; Palmisano, Evelyn; Tonnotti, Joan; Weathers,
>Trudy
>Subject: FW: From Bev
>
>
>





000000

