defendants. The policies of the defendants are relevant to these issues and should be produced.

### III. CONCLUSION

For the reasons noted above, the plaintiffs request that the defendants produce responses to the Interrogatories and Requests for the Production of Documents noted above.

|  |  |
|---|---|
| I hereby certify that a true copy of the above document was served upon the defendants' attorneys by mail (by hand) on _____. <br><br> _____ <br><br> Dated: _____ | THE PLAINTIFFS <br> By their attorneys, <br> /s/ Joel Feldman <br> Joel Feldman <br> BBO # 552963 <br> Suzanne Garrow <br> BBO # 636548 <br> Heisler, Feldman & McCormick <br> 1145 Main Street, Suite 508 <br> Springfield MA 01103 <br> (413)788-7988 <br> (413)788-7996 (fax) |