### III. <u>CONCLUSION</u>

For the reasons noted above, the plaintiffs request that the defendants produce responses to the Interrogatories and Requests for the Production of Documents noted above.

|  |  |
|---|---|
| I hereby certify that a true copy of the above document was served upon the defendant's attorney by mail (by hand) on _____. <br><br> _____ <br><br> Dated:_____ | THE PLAINTIFFS <br> By his attorneys, <br> /s/Joel Feldman <br> Joel Feldman <br> BBO # 552963 <br> Suzanne Garrow <br> BBO # 636548 <br> Heisler, Feldman & McCormick <br> 1145 Main Street, Suite 508 <br> Springfield MA 01103 <br> (413)788-7988 <br> (413)788-7996 (fax) |