# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATIE MILILLO, IRENE JOHNSON
JANINE HELLER and TOMAYITA
STEVENSON,
      Plaintiffs,

v.

ULTRASOUND DIAGNOSTIC SCHOOL,
WHITMAN EDUCATION GROUP,
CAREER EDUCATION CORP.,
and LOUIS GIANNELLI,
      Defendants.

DOCKET NO. 04-cv-30130-MAP

## AFFIDAVIT OF IRENE JOHNSON

I am over 18 years of age and do hereby depose and say:

1. I am a plaintiff in the above-captioned matter.

2. I am a single mother of two children who both reside with me.

3. Due to circumstances beyond my control including several illnesses of myself and family members including one of my children, I was unable to provide a signed verification page to my previously provided Interrogatory answers until September, 2005.

4. I am working part-time and I am also attending nursing school full-time and expect to complete nursing school after another semester.

5. I am solely responsible for payment of my nursing school bills.

6. I am income eligible for and receive public assistance.

7. I expect my financial situation to improve once I complete nursing school.

8. I request that if I am ordered to pay any payment to the defendants' attorneys that I not be required to pay until the case is completed which I anticipate being around the same time that I will begin work as a full-time registered nurse and when I anticipate being in a better financial position to do so.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_/s/ Irene Johnson_
Irene Johnson

Dated: 10/19/2005