UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
:
KATIE MILILLO, IRENE JOHNSON :
JANINE HELLER and TOMAYITA :
STEVENSON, : DOCKET NO. 04-cv-30130-MAP
      Plaintiffs, :
:
v. :
:
ULTRASOUND DIAGNOSTIC SCHOOL :
WHITMAN EDUCATION GROUP, :
CAREER EDUCATION CORP., :
and LOUIS GIANNELLI, :
      Defendants. :
_____:

### CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) and 37.1(B)

    I certify that counsel have coffered and have attempted in good faith to resolve or narrow the issues raised in the motion to quash and for protective order filed October 31, 2005 but have been unable to do so.

Dated: November 1, 2005          Respectfully submitted,
                                       THE PLAINTIFFS
                                       By their attorney,


                                       /s/ Suzanne Garrow
                                       Suzanne Garrow BBO # 636548
                                       Joel H. Feldman BBO # 552963
                                       Heisler, Feldman & McCormick, P.C.
                                       1145 Main Street, Suite 508
                                       Springfield MA  01103
                                       (413)788-7988
                                       (413)788-7996 (fax)


### CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing document was served by electronic mail upon the attorneys of record for the defendants on November 1, 2005.

                                                        /s/ Suzanne Garrow
                                                        Suzanne Garrow