UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILILLO, IRENE JOHNSON JANINE HELLER and TOMAYITA STEVENSON,<br>    Plaintiffs,<br><br>v.<br><br>WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANNELLI,<br>    Defendants. | CIVIL ACTION NO. 04-30130-MAP |

### DEFENDANT LOUIS GIANNELLI'S MOTION TO EXTEND THE TIME TO PRODUCE FINANCIAL DOCUMENTS AS REQUIRED BY COURT ORDER

Defendant Louis Giannelli hereby submits this Motion to extend the time to produce financial documents as required by the Court's November 4, 2005 Order. Pursuant to the Order, Mr. Giannelli is to produce by November 18, 2005, financial documents including but not limited to bank statements, stock information, mutual fund information, and appraisals of all property owned. The information requested spans from 2000 to the present. It also involves information concerning property jointly owned with other individuals. It is not all readily accessible to Mr. Giannelli. While Mr. Giannelli has undertaken a diligent search, he requires additional time to complete the search and to produce the documents in question. Thus, Mr. Giannelli respectfully requests that the deadline for producing this information be extended until

<u>November 30, 2005</u>. Counsel for the Plaintiffs has assented to the additional time to produce the documents.

                                                      Respectfully submitted,

                                                      **LOUIS GIANNELLI**

                                                      By his attorneys,

                                                      _/s/ Tricia A. Rice_
                                                      Christopher R. O'Hara (BBO No. 548611)
                                                      Tricia A. Rice (BBO No. 633556)
                                                      TODD & WELD LLP
                                                      28 State Street - 31st Floor
                                                      Boston, MA 02109

Dated: November 17, 2005              (617) 720-2626

### Rule 7.1 Conference

On November 16, 2005, I communicated to Suzanne Garrow Mr. Giannelli's request for additional time to produce the financial documents responsive to the Court's Order. On November 17, 2005, Ms. Garrow told me that the Plaintiffs would assent to the requested extension.

                                                        _/s/ Tricia A. Rice_
                                                        Tricia A. Rice