IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON, JANINE HELLER and TOMAYITA STEVENSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANELLI,<br><br>*Defendants.* | CASE NUMBER: 04-30130-MAP |

**UNOPPOSED MOTION BY CORPORATE DEFENDANTS TO RESCHEDULE HEARING ON PLAINTIFFS' MOTION TO COMPEL**

Defendants Whitman Education Group, Inc., Career Education Corporation and Ultrasound Diagnostic School (hereinafter "Corporate Defendants"), by and through the undersigned counsel, hereby respectfully request that the Court reschedule the hearing date of December 8, 2005, at 10:30 a.m. In support thereof, Defendants aver:

1. Pursuant to Magistrate Nieman's Order dated November 21, 2005, the Court issued a Notice of Hearing on November 25 (which was clarified on the docket on November 28), setting a hearing date of December 8 at 10:30 a.m., for oral argument on Plaintiffs' Motion to Compel discovery as to Interrogatory No. 24 and Request Nos. 36 and 37.

2. Lead counsel for Corporate Defendants is unavailable on December 8, and has conferred with Plaintiffs' counsel regarding this unavailability and alternative scheduling.

3. Corporate Defendants' counsel has discussed this request with Plaintiffs' counsel and the latter has stated that he has no objection to this motion.

4. Corporate Defendants and Plaintiffs are both available for the hearing on the following dates:

- **Monday December 12, 2005 in the late morning**
- **Tuesday December 27, 2005**
- **Wednesday December 28, 2005.**

WHEREFORE, Corporate Defendants respectfully request that the Court reschedule the December 8 hearing on one of the foregoing dates.

Respectfully,

Dated: December 5, 2005.
　　　　　　　　　　　　　　　　　　　/s/ Jeffrey E. Poindexter, Esq.
Jeffrey E. Poindexter, Esq.
BULKLEY, RICHARDSON AND GELINAS, LLP
Tel. (413) 272-6232
Fax. (413) 272-6803

Edward S. Mazurek, Esq.
*admitted pro hac vice*
Jamie M. Kohen, Esq.
*admitted pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. (215) 963-5019/5472
Fax. (215) 963-5001

*Attorneys for Corporate Defendants*

- 2 -