UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATIE MILLIO, IRENE JOHNSON JANINE HELLER and TOMAYITA STEVENSON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ULTRASOUND DIAGNOSTIC SCHOOL WHITMAN EDUCATION GROUP, CAREER EDUCATION CORP., and LOUIS GIANNELLI,<br><br>　　　　　Defendants. | ) DOCKET NO. 04-CV-30130-MAP |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE
OPPOSITION TO MOTION TO COMPEL**

The plaintiffs in the above-entitled matter respectfully request that the Court extend the time for them to respond to the Motion to Compel by two (2) days to Friday December 23, 2005. As reasons therefore the state as follows:

1.　The parties are actively involved in settlement negotiations and just engaged a private mediator for December 20, 2005.

2.　In order to avoid additional costs to the parties and to avoid the use of judicial resources, the plaintiffs request that they not be required to prepare a response to the pending motion until after the date of the mediation.

**The defendants assent to this motion.**

|  |  |
|---|---|
|  | THE PLAINTIFFS<br>By their attorneys, |
|  | ____/s/ Suzanne Garrow_____ |
| I hereby certify that a<br>true copy of the above<br>document was served upon<br>the defendants, attorneys<br>by electronic mail on<br>this date. | Joel Feldman<br>BBO # 552963<br>Suzanne Garrow<br>BBO # 636548<br>Heisler, Feldman & McCormick<br>1145 Main Street, Suite 508<br>Springfield MA  01103<br>(413)788-7988 |
| ___/s/ Suzanne Garrow_____ | (413)788-7996 (fax) |
| Dated: December 16, 2005 |  |