UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATIE MILLIO, et al.,                )
          Plaintiffs    )
                                      )
                                      )
     v.                              )      Civil Action No.  04-30130-MAP
                                      )
                                      )
WHITMAN EDUACATION GROUP    )
INC., et al.,                         )
          Defendants   )


REVISED SCHEDULING ORDER
December 20, 2005

NEIMAN, U.S.M.J.

     The court hereby ALLOWS the parties' Oral Motion to Extend the Schedule by Forty-Five Days and revises the schedule as follows:

1. All non-expert depositions shall be completed by February 15, 2006.

2. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by February 15, 2006.

2. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by March 15, 2006.

3. All expert depositions shall be completed by May 15, 2006.

4. Counsel shall appear for a final pretrial conference before District Judge Michael A. Ponsor on June 20, 2006, at 2:00 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of

Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge