IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATIE MILLIO, IRENE JOHNSON, JANINE HELLER and TOMAYITA STEVENSON,<br><br>*Plaintiffs,*<br><br>vs.<br><br>WHITMAN EDUCATION GROUP, INC., CAREER EDUCATION CORPORATION, ULTRASOUND DIAGNOSTIC SCHOOL and LOUIS GIANELLI,<br><br>*Defendants.* | CASE NUMBER: 04-30130-MAP |

### RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

_____
Suzanne Garrow, Esquire
Joel Feldman, Esquire
Heisler, Feldman & McCormick, PC
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988

*For Plaintiffs*

/s/ Edward S. Mazurek
_____
Edward S. Mazurek, Esquire
Jamie M. Kohen, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5019/5472

*For Defendants Whitman Education Group, Career Education Corporation and Ultrasounds Diagnostic School*

/s/ Christopher R. O'Hara
_____
Christopher R. O'Hara
Tricia A. Rice
Todd & Weld LLP
28 State Street
Boston, MA  02109

*For Defendant Giannelli*